# UNITED STATES DISTRICT COURT
for the

District of _____

_____ Division

| | |
|---|---|
| Malik Ja'relle Williams<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Dollar Tree Inc.<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **CV422-174**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Malik Ja'relle Williams |
| Street Address | 51 Fiore Dr. |
| City and County | City: Savannah County: Chatham |
| State and Zip Code | State: Georgia Zip Code: 31419 |
| Telephone Number | 912-572-8094 |
| E-mail Address | Jarellewill@icloud.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Dollar Tree Inc.
    Job or Title (if known):
    Street Address: 500 Volvo Pkwy
    City and County: City:Chesapeake County: none (independent city)
    State and Zip Code: State: Virginia Zip Code:23320
    Telephone Number: 1 757-321-5000
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

OSHA: 1910.132(a)
OSHA: 1910.132(f)(1)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Malik Ja'relle Willams, is a citizen of the State of *(name)* Georgia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

The defendant, *(name)*  Dollar Tree Inc. , is incorporated under the laws of the State of *(name)*  Georgia , and has its principal place of business in the State of *(name)*  Georgia .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

This amount should show Dollar Tree Inc. to take better care of the employees. That distribution center have issues that was out of my control because people are intentionally trying to harm others.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

There have been a rodents in the distribution center since May 2020. These rodents are still in the Savannah, GA facility to my knowledge. I was chosen to exterminate rodent by throwing them in a garbage disposer. I have been sick multiple times doing this duty. In August 2021, I was instructed to clean a mod with a gas power leaf blower. My employer did not give any safety equipment and I got hurt. I also was sick from all of the rodent dung and dust that ricocheted into my face.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Four Billion Dollars in punitive damages. I have contacted my local OSHA office and explained the rodent issues. Dollar Tree Inc. deliberatly make the choice to stay open with rodents inside of the warehouses. I have been intentionally instructed to exterminate rodents without the proper PPE. This cause me to suffer occupational illness multiple times. I have suffered other injuries as a employee of Dollar Tree Inc. and as a customer of their businesses.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/21/2022

Signature of Plaintiff: *Malik J Williams*
Printed Name of Plaintiff: Malik Ja'relle Williams

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

```
Court Name: Southern District of Georgia
Division: 1
Receipt Number: AUG030961
Cashier ID: makins
Transaction Date: 07/22/2022
Payer Name: MALIK WILLIAMS
--------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: MALIK WILLIAMS
 Case/Party: D-GAS-4-22-CV-000174-001
 Amount:        $402.00
--------------------------------
CREDIT CARD
 Amt Tendered: $402.00
--------------------------------
Total Due:     $402.00
Total Tendered: $402.00
Change Amt:    $0.00
```